The WESTERN PACIFIC RAILROAD COMPANY, Plaintiff, v. PACIFIC PORTLAND CEMENT COMPANY, a corporation, et al., Defendants.

No. 26572.

United States District Court
N. D. California, S. D.

May 11, 1949.

C. W. Dooling, E. L. Van Dellen, San Francisco, Cal., for plaintiff.

Pillsbury, Madison & Sutro, Marshall P. Madison, Eugene D. Bennett, James Michael, San Francisco, Cal., for defendant Pacific Portland Cement Co.

GOODMAN, District Judge.

For the reasons stated in memorandum decision, 84 F.Supp. 15, plaintiff should recover $2,900.70 demurrage, $87.37 Federal taxes, together with interest and costs.

Prepare findings pursuant to the Rules.